AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| DOUGLAS WILLIAMS <br><br> *Plaintiff(s)* <br><br> v. <br><br> GRANT COUNTY, SHERIFF GLENN PALMER, JACKSON DEROSIER, and MICHAEL ALLEY <br><br> *Defendant(s)* | Civil Action No. 2:15-cv-01760-SU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHAEL ALLEY
GRANT COUNTY JAIL
205 S HUMBOLT
CANYON CITY, OR, 97820

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lynn S. Walsh
209 SW Oak Street, #400
Portland, OR  97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **10/29/2015**       **By: s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| DOUGLAS WILLIAMS | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 2:15-cv-01760-SU |
| GRANT COUNTY, SHERIFF GLENN PALMER, JACKSON DEROSIER, and MICHAEL ALLEY | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JACKSON DEROSIER
GRANT COUNTY JAIL
205 S HUMBOLT
CANYON CITY, OR, 97820

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lynn S. Walsh
209 SW Oak Street, #400
Portland, OR  97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **10/29/2015**

**MARY L. MORAN, Clerk of Court**

By: **s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| DOUGLAS WILLIAMS<br><br>*Plaintiff(s)*<br>v.<br>GRANT COUNTY, SHERIFF GLENN PALMER, JACKSON DEROSIER, and MICHAEL ALLEY<br><br>*Defendant(s)* | Civil Action No. 2:15-cv-01760-SU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GRANT COUNTY
c/o Grant County Counsel Ron Yockim
PO Box 2456
Roseburg OR  97470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lynn S. Walsh
209 SW Oak Street, #400
Portland, OR  97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **10/29/2015**                    **By: s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| DOUGLAS WILLIAMS <br><br> *Plaintiff(s)* <br><br> v. <br><br> GRANT COUNTY, SHERIFF GLENN PALMER, JACKSON DEROSIER, and MICHAEL ALLEY <br><br> *Defendant(s)* | Civil Action No. 2:15-cv-01760-SU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sheriff Glenn Palmer
Grant County Sheriff's Office
205 S HUMBOLT
CANYON CITY, OR, 97820

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lynn S. Walsh
209 SW Oak Street, #400
Portland, OR  97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **10/29/2015**                    By: **s/Elizabeth Potter, Deputy Clerk**