IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| DOUGLAS WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GRANT COUNTY, SHERIFF GLENN PALMER, JACKSON DEROSIER, and MICHAEL ALLEY,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01760-SU<br><br>**JUDGMENT** |

SULLIVAN, United States Magistrate Judge:

　　Based on the Court's OPINION AND ORDER,

　　IT IS ADJUDGED that this case is DISMISSED with prejudice.

　　DATED this 1st day of March, 2018.

　　　　　　　　　　　　　　　　　　　　/s/ Patricia Sullivan
　　　　　　　　　　　　　　　　　　　　PATRICIA SULLIVAN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1 – JUDGMENT